IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

THOMAS D. PETTY                                                                                          PLAINTIFF

      V.                                      NO.  12-2102

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                                        DEFENDANT

<u>JUDGMENT</u>

      For reasons stated in a memorandum opinion of this date, I conclude that the decision of the Commissioner denying benefits to the plaintiff is not supported by substantial evidence and should be reversed and remanded for further consideration pursuant to sentence four of 42 U.S.C. § 405(g). **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

      If plaintiff wishes to request an award of attorney's fees and cost under the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up until 30 days after the judgment becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended. *See Shalala v. Schaefer*, 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B), (d)(2)(G).

      IT IS SO ORDERED and ADJUDGED this June 19, 2013.

                                    */s/ J. Marschewski*
                                  HONORABLE JAMES R. MARSCHEWSKI
                                  Chief United States Magistrate Judge